# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Colonna's Shipyard, Inc. ) ASBCA Nos. 61232, 61538
)
Under Contract No. W912BU-07-G-0001 )

APPEARANCE FOR THE APPELLANT: Donald C. Holmes, Esq.
Holmes, Pittman & Haraguchi, LLP
Greensboro, MD

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Maria T. Guerin, Esq.
Amanda G. Phily, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Philadelphia

## ORDER OF DISMISSAL

These appeals were docketed on June 26, 2017 and February 20, 2018. The parties have represented to the Board that the government has paid appellant the settlement amount; however, appellant has not moved to dismiss the appeals. The parties were advised, by Order dated September 27, 2018, that if the Board did not receive a motion to dismiss the appeals within 30 days, the Board intended to dismiss them under Board Rule 18. The Board did not receive any such motion. Accordingly, the appeals are hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeals within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: November 6, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61232, 61538, Appeals of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2